UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCIN STANISLAW GARBACZ,<br>Defendant. | CASE NO. 2:26-cv-02345-LK<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

The parties have each filed motions for summary judgment. Dkt. Nos. 8–9. As stated in the Court's Standing Order, "if the parties plan on filing cross-motions for summary judgment, they should adhere to" a specific briefing schedule. Dkt. No. 7-1 at 4. Accordingly, pursuant to the Standing Order and Local Civil Rule 7(k), the Court sets the following briefing schedule: Defendant's motion for summary judgment, Dkt. No. 8, is re-noted for 11/5/2026; Defendant's combined reply/response (not to exceed 8,750 words) to Plaintiff's combined response/cross-

motion for summary judgment, Dkt. No. 9, is due 10/29/2026; and Plaintiff's reply (not to exceed 4,200 words) is due 11/5/2026.

Given the parties cross-motions, the Court will not enter a scheduling order in this case unless necessary after resolving the cross-motions.

Dated this 13th day of October, 2026.

Joshua C. Lewis
Clerk

*/s/Natalie Wood*
Deputy Clerk