UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCIN STANISLAW GARBACZ,<br>Defendant. | CASE NO. 2:26-cv-02345-LK<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

(1) The Court GRANTS Defendant Marcin Stanislaw Garbacz's motion for an extension of time. Dkt. No. 14. The Court finds good cause to extend the cross-motion for summary judgment briefing schedule.

(2) Defendant's combined reply/response shall be due December 8, 2026. The United States' reply shall be due December 18, 2026.

(3) The Clerk is directed to forward a copy of this Order to Defendant at the following address:

Marcin Stanislaw Garbacz, No. 49482-086
FCI Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, Colorado 80123

Dated this 30th day of October, 2026.

Joshua C. Lewis
Clerk

*/s/Natalie Wood*
Deputy Clerk